# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRAHAM PARKS, | Case No. CV 09-4062-GW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F.W. HAWS, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is denied and dismissed with prejudice.

DATED: May 13, 2011

GEORGE H. WU
UNITED STATES DISTRICT JUDGE